IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JESSE JORDAN,

        Plaintiff,

    v.

MULTNOMAH COUNTY HEALTH DEPARTMENT, MULTNOMAH COUNTY DETENTION CENTER, MULTNOMAH COUNTY INVERNESS JAIL, MULTNOMAH COUNTY DHS CHILD WELFARE,

        Defendants.

Case No. 3:25-cv-00194-AB

JUDGMENT

**Baggio, District Judge:**

    Plaintiff's Motion to Voluntarily Dismiss (ECF No. 10) is GRANTED. Accordingly, IT IS ORDERED AND ADJUDGED that this Action is DISMISSED without prejudice. Due to the voluntary nature of this dismissal, this Court certifies that any appeal from this Judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A). Pending motions, if any, are DENIED AS MOOT.

May 14, 2025
    DATE

*Amy M. Baggio*
Amy M. Baggio
United States District Judge

1  - JUDGMENT